# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONITA HEARN HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES LOWE, MONICA STEVENS, CATHY PEPPERS, McCLATCHY NEWSPAPERS, INC. dba THE FRESNO BEE, and DOES 1-10<br><br>    Defendants. | CIV F 05-1299 AWI DLB<br><br>ORDER VACATING FEBRUARY 13, 2006, HEARING DATE AND TAKING DEFENDANTS'S MOTION TO DISMISS UNDER SUBMISSION |

    Defendants have noticed for hearing and decision a motion to dismiss. The matter was scheduled for hearing to be held on February 13, 2006. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than January 30, 2006. Plaintiff has not done so.

    Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, she is in violation of the Local Rules. See Local Rule 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. Id. The court has reviewed Defendants's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HERBY ORDERED that the previously set hearing date of February 13, 2006, is VACATED, and no party shall appear at that time. As of February 13, 2006, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    February 1, 2006           /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE