IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONITA HEARN HILL, ) | CIV F 05-1299 AWI DLB |
| ) | |
| Plaintiff, ) | ORDER ON PLAINTIFF'S EX |
| v. ) | PARTE APPLICATION FOR |
| ) | ADDITIONAL TIME TO FILE |
| JAMES LOWE, MONICA STEVENS, ) | AN OPPOSITION |
| CATHY PEPPERS, McCLATCHY ) | |
| NEWSPAPERS, INC. dba THE ) | |
| FRESNO BEE, and DOES 1-10 ) | |
| ) | |
| Defendants. ) | |
| ) | |

    On March 6, 2006, due to scheduling constraints, Plaintiff's counsel filed an ex parte application for an extension of time in which to answer Defendants's Motion to Dismiss, which is currently set for hearing on March 20, 2006. Plaintiff's counsel requests an additional 30 days in which to file an opposition and states that he will not request a further extension. The Court has received no opposition or response to Plaintiff's application from Defendants.

    The Court's calendar is extremely heavy on March 20, 2006. Considering the Court's schedule, Plaintiff's counsel's representations, and the lack of opposition from Defendants, the Court will grant Plaintiff's request for additional time.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's ex pare application for additional time is GRANTED;

    2.    Plaintiff's opposition will be due on April 17, 2006;

    3.    Defendant's reply will be due on April 24, 2006; and

    4.    The hearing on Defendants's Motion to Dismiss will be on May 1, 2006.

IT IS SO ORDERED.

Dated:    __March 14, 2006__        __/s/ Anthony W. Ishii__
0m8i78                                       UNITED STATES DISTRICT JUDGE