# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONITA HEARN HILL,<br><br>　　　　Plaintiff,<br>　　v.<br><br>JAMES LOWE, MONICA STEVENS,<br>CATHY PEPPERS, McCLATCHY<br>NEWSPAPERS, INC. dba THE<br>FRESNO BEE, and DOES 1-10<br><br>　　　　Defendants. | CIV F 05-1299 AWI DLB<br><br>ORDER VACATING<br>MAY 1, 2006, HEARING DATE<br>AND TAKING DEFENDANTS'<br>MOTION TO DISMISS UNDER<br>SUBMISSION |

　　　Defendants have noticed for hearing and decision a motion to dismiss.  The matter was scheduled for hearing to be held on May 1, 2006.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 1, 2006, is VACATED, and the parties shall not appear at that time.  As of May 1, 2006, the Court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　April 28, 2006　　　　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE